# TIFFANY & BOSCO
**P.A.**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

07-07817/146611338

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Jeffrey P. Sandner<br>        Debtor.<br>_____<br>Countrywide Home Loans, Inc. dba America's Wholesale Lender<br><br>        Movant,<br>vs.<br><br>Jeffrey P. Sandner, Debtor, Office of the US Trustee.<br><br>        Respondents. | No. 2:07-bk-00855-RTB<br><br>Chapter 11<br><br>MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY<br><br>RE: Real Property Located at<br>551 South 5th Avenue<br>Show Low, AZ 85901 |

Movant hereby request an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Mortgage/Deed of Trust on real property owned by the debtors, by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

…

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

Dated this 16th day of October, 2007.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY /s/ MSB # 010167
   Mark S. Bosco
   Leonard J. McDonald
   Attorneys for Movant

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Jeffrey P. Sandner filed a voluntary petition for protection under Chapter 11 of the Bankruptcy Code. (No trustee has been appointed and debtors continue to act as debtors in possession.)

Debtor has an interest in certain real property located in Navajo County, Arizona, more particularly described as:

Lot 67, SIERRA VISTA SUBDIVISION, according to Book 4 of Plats, page 22, records of Navajo County, Arizona.

A Note was executed which is secured by a Deed of Trust, dated October 26, 2006, recorded in the office of the Show Low County Recorder at Recorder's No.2006-32804. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference.

Debtor is in default on the obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after 12/1/2006 12:00:00 AM.

Movant is informed and believes and therefore alleges that the Debtor and estate have no equity in the property; that the Property is not necessary to an effective reorganization in light of the amount of equity Movant's lien as well as other liens remaining unpaid on the Property; and that the Property, rents, issues and profits therefrom are burdensome and of inconsequential value to the estate.

Further, Movant is informed and believes and therefore alleges that the Debtor and the estate are not adequately protected based upon the Debtor's failure to make payments on a timely basis.

Debtor is indebted to Countrywide Home Loans, Inc. dba America's Wholesale Lender in the total amount of $, plus accruing interest, costs, and attorneys' fees.

The Movant further seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

## **CONCLUSION**

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) and Movant may immediately enforce and implement the order for relief from the automatic stay as to the debtor, his/her bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict debtor and/or successors of debtor; and to obtain ownership, possession and control of the Property.

DATED this 16th day of October, 2007.

BY   /s/ MSB # 010167
      Mark S. Bosco
      Leonard J. McDonald
      2525 East Camelback Road, Ste. 300
      Phoenix, Arizona 85016
      Attorneys for Movant